UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RE: WILLIAM RIAN MAYER. | Case No. 14-MS-7807 |
| | **ORDER TO SHOW CAUSE** |

The records of this Court indicate that you were summoned to appear for jury service on February 3, 2014 but failed to appear.  Accordingly,

**YOU ARE HEREBY ORDERED** to personally appear before Chief Judge B. Lynn Winmill at the United States Courthouse at 550 W. Fort St., Boise, Idaho 83724 on **Wednesday, March 5, 2014 at 3:30 p.m.**, and show cause for your failure to comply with the summons.  You are notified that if you fail to appear, or fail to show good cause for noncompliance with the summons, you may be fined up to $1,000, imprisoned up to three days, ordered to perform community service, or any combination thereof.  28 U.S.C. § 1864(b).

**IT IS FURTHER ORDERED** that the United States Marshal shall personally serve a copy of this Order to Show Cause upon William Rian Mayer on or before **February 21, 2014**.

DATED:  **February 7, 2014**

*/s/ B. Lynn Winmill*
B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER TO SHOW CAUSE- 1**