| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>USA | COURT CASE NUMBER<br>14-MJ-7807-BLW |
|---|---|
| DEFENDANT<br>William Rian Mayer | TYPE OF PROCESS<br>Order to Show Cause/Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
William Rian Mayer
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
141 Bird Dr., Apt 10, Ketchum, ID 83340

U.S. COURTS
FEB 12 2014
Rcvd____Filed____Time
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US District Court, District of IDAHO
550 West Fort St., 4th Floor
Boise, ID 83724

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Order to Show Cause that needs to be served on William Mayer at 141 Bird Dr., Apt. 10, Ketchum, ID 83340 by February 21, 2014. Sunny D. Trumbull, Deputy Clerk, U.S. District and Bankruptcy Courts,

| Signature of Attorney other Originator requesting service on behalf of:<br>/s/ SDT | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>208-334-9095 | DATE<br>2/7/14 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 23 | District to Serve<br>No. 23 | Signature of Authorized USMS Deputy or Clerk | Date<br>02/10/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date<br>2-11-14 | Time<br>12:00 | ☐ am<br>☒ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee<br>$455.00 | Total Mileage Charges including endeavors)<br>$173.60 | Forwarding Fee<br>— | Total Charges<br>$628.60 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$628.60 |
|---|---|---|---|---|---|

REMARKS:
2-11-14 EXECUTED IN PERSON, 1 DEPUTY, 7 HOURS (0900-1600 HRS), 310 MILES R/T

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13