# FEDERAL DEFENDER SERVICES OF IDAHO

SAMUEL RICHARD RUBIN
EXECUTIVE DIRECTOR

**BOISE OFFICE**
702 W. IDAHO ST., STE. 1000
BOISE, IDAHO 83702
(208) 331-5500
FAX (208) 331-5525

THOMAS MONAGHAN
ROBERT SCHWARZ
MARK ACKLEY
MELISSA WINBERG


**APPROVED**

March 4, 2014

Honorable Candy W. Dale
Chief Magistrate Judge
United States District Court
District of Idaho
550 W. Fort Street
Boise, Idaho 83724
**sent via email:**   **CWD_orders@id.uscourts.gov**

Dated: **March 05, 2014**

Honorable Candy W. Dale
United States Magistrate Judge

Re:   *United States v. William Rian Mayer*
Case No.: MS14-7807-S-BLW

emailed to FD by KLW on 3/5.

Dear Judge Dale:

We are respectfully requesting our office be appointed to represent Mr. William Rian Mayer as standby counsel on his appearance before the Honorable B. Lynn Winmill.  Currently we do not have a financial affidavit as our office was contacted by Judge Winmill's chambers requesting we be present at Mr. Meyer's hearing on Wednesday, March, 5, 2014.

Thank you for your consideration.

Cordially,

/s/
Samuel Richard Rubin
Federal Defender Services of Idaho

SRR/lg

**Please appoint:**   [ X ]   **FDSI Attorney**        [  ]   **CJA Attorney**

CAPITAL HABEAS UNIT
702 W. IDAHO ST., STE. 900
BOISE, IDAHO 83702
(208) 331-5530
FAX (208) 331-5559

POCATELLO TRIAL OFFICE
707 NORTH 7TH AVENUE
POCATELLO, IDAHO 83201
(208) 478-2046
FAX (208) 478-6698