<u>SHOW CAUSE HEARING</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 3/5/2014
Judge B. Lynn Winmill               Deputy Clerk: Jamie Gearhart
Case No. 1:14-mj-7807-BLW           ESR: Jamie Gearhart
Place: Boise                         Time: 3:29 - 3:44 p.m.

In Re: William Rian Mayer

Robert Schwarz appeared on behalf of William Rian Mayer

Show Cause hearing held on 3/5/2014.

Mr. Mayer appeared and opted to proceed with the hearing at this time.

The Court ruled that Mr. Mayer will not be reimbursed for his costs associated with reporting for jury service on January 31, 2014. The Court directed Mr. Mayer to draft and submit a letter of apology to the jury commissioner within 7 days.